IN THE MISSOURI COURT OF APPEALS
HANDDOWN LIST OF JUNE 16, 2015
WESTERN DISTRICT

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)
AND ISSUED PER CURIAM**
--------------------------------------------------------------------
| | |
|---|---|
| WD77438 | Ralph L. Willis vs. State of Missouri |
| WD77608 | State of Missouri vs. Brenda K. Williams |
| WD77609 | Consolidated with WD77608 |

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)
AND ISSUED PER CURIAM**
--------------------------------------------------------------------
None